IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | ) | CV 17-00504 DKW-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| SECRETARY OF STATE OF | ) | RECOMMENDATION |
| HAWAII; DEMOCRATIC PARTY | ) | |
| OF HAWAII, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on October 17, 2017 and served on all parties on October 18, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that the District Court Grant Plaintiff's Application to Proceed

Without Prepaying Fees and Dismiss the Complaint With Leave to Amend" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 6, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Ronald Emrit v. Secretary of State of Hawaii, et al.*;
Civil No. 17-00504 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**